UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DONALD WASHINGTON, JR., | ) | Case No. CV 14-6649 DOC(JC) |
| Petitioner, | ) ) ) | |
| v. | ) ) | JUDGMENT |
| J. SOTO, Warden, | ) ) ) | |
| Respondent. | ) ) | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is dismissed without prejudice.

DATED: November 21, 2014

/s/ David O. Carter
_____
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE